# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **CENTRO TRASFORMAZIONE LATTE s.r.l.**, an Italian limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**GRAND FERRY CAPITAL LLC**, a New York limited liability company; and **FOREVER CHEESE, LLC,** a New York limited liability company,<br><br>Defendants. | Case No.:  6:23-cv-00060-RBD-DCI |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Plaintiff CENTRO TRASFORMAZIONE LATTE s.r.l., advises the Court that the parties have agreed upon general terms of settlement of the above-captioned action. The parties are in the process of preparing the relevant settlement documents and anticipate submitting an Agreed Final Judgment and Injunction.

In view of the settlement, the parties request the Court exercise its discretion under Local Rule 3.09(b) to stay all deadlines, subject to the right of any party to move the Court within thirty (30) days, for the purposes of entering an Agreed Final Judgment and Injunction, or for good cause, to reopen the case for further proceedings.

Respectfully submitted this March 8, 2023.

/s/ *Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065
bgilchrist@allendyer.com
Lead Trial Counsel
Trevor F. Ward, FL Bar #1031171
tward@allendyer.com
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, Florida 32802-3791
Telephone: 407-841-2330
Facsimile: 407-841-2343

***Attorneys for Plaintiff***

## CERTIFICATE OF FILING

I hereby certify that on March 8, 2023, the foregoing document was submitted for electronic filing with the Clerk of Court using the Case Management/Electronic Case Filing ("CM/ECF") system.

/s/ *Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065