IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **CENTRO TRASFORMAZIONE LATTE s.r.l.**, an Italian limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**GRAND FERRY CAPITAL LLC**, a New York limited liability company; and **FOREVER CHEESE, LLC,** a New York limited liability company,<br><br>Defendants. | **Case No.:  6:23-cv-00060-RBD-DCI** |

**JOINT MOTION FOR ENTRY OF
CONSENT FINAL JUDGMENT AND INJUNCTION**

Comes now Plaintiff, Centro Trasformazione Latte s.r.l. and Defendant, Forever Cheese, LLC, by and through their undersigned attorneys, jointly move this Court for entry of a Consent Final Judgment and Injunction on the terms set forth pursuant to the Settlement Agreement made between them. Plaintiff further moves the Court to dismiss this action as to Grand Ferry Capital, LLC, pursuant to the terms of the Settlement Agreement.

In support of this Motion, the parties show the Court as follows:

1. The parties to this Joint Motion ("the Parties") have resolved all issues in this case by separate Settlement Agreement.

1

2. The parties stipulate and agree that the Consent Final Judgment attached hereto should be entered by the Court to provide the relief agreed upon by the parties.

3. The parties stipulate and agree that the Consent Final Judgment is accurate, fair and reasonable.

4. The parties have resolved the dispute between them and the entry of this Order is a material part of that agreement.

WHEREFORE, the parties respectfully request that this Court grant this Joint Motion for Consent Final Judgment and Injunction, and such other and further relief as the Court deems just and proper.

Respectfully submitted this March 21, 2023.

| | |
|---|---|
| */s/ Brian R. Gilchrist* | */s/ Matthew Homyk* |
| Brian R. Gilchrist, FL Bar #774065 | (*Signed by Filing Attorney with* |
| bgilchrist@allendyer.com | *Permission of Non-Filing Attorney)* |
| Lead Trial Counsel | Matthew Homyk, Esq. |
| Trevor F. Ward, FL Bar #1031171 | matthew.homyk@blankrome.com |
| tward@allendyer.com | BLANK ROME LLP |
| Allen, Dyer, Doppelt + Gilchrist, P.A. | One Logan Square, 130 North 18th Street |
| 255 South Orange Avenue, Suite 1401 | Philadelphia, PA 19103 |
| Post Office Box 3791 | Telephone:  215.569.5360 |
| Orlando, Florida 32802-3791 | |
| Telephone:  407-841-2330 | |
| Facsimile:   407-841-2343 | |
| | |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

## CERTIFICATE OF FILING

I hereby certify that on March 21, 2023, the foregoing document was submitted for electronic filing with the Clerk of Court using the Case Management/Electronic Case Filing ("CM/ECF") system.

*/s/ Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065