## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CENTRO TRASFORMAZIONE
LATTE S.R.L.,

    Plaintiff,

v.                                                                    Case No. 6:23-cv-60-RBD-DCI

GRAND FERRY CAPITAL LLC; and
FOREVER CHEESE, LLC,

    Defendants.
_____

### ORDER AND AGREED FINAL JUDGMENT AND INJUNCTION

Before the Court is Plaintiff and Defendant Forever Cheese, LLC's ("Forever Cheese") Joint Motion for Entry of Consent Final Judgment and Injunction (Doc. 15 ("Motion")).

Based on the Motion and the stipulations contained therein, it is **ORDERED AND ADJUDGED**:

1. The Motion (Doc. 15) is **GRANTED**.

2. Plaintiff's claims against Defendant Grand Ferry Capital LLC ("Grand Ferry") are **DISMISSED WITH PREJUDICE**.[1]

---

[1] This dismissal with prejudice is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i) even in the absence of Grand Ferry's signature on the Motion and stipulations, as Grand Ferry never appeared in this action.

3. This Court has subject matter jurisdiction as this case arises under the laws of the United States.

4. Forever Cheese has consented and agreed to this Final Judgment and Injunction.

5. Forever Cheese consents to personal jurisdiction and venue.

6. Forever Cheese acknowledges the validity and priority of Plaintiff's registered and common law trademarks as used in association with cheese, dairy products, and related goods and services in the United States as set out in Plaintiff's Amended Complaint (Doc. 9), to wit:

   a. U.S. Trademark registration No. 3,862,616 for the mark MOLITERNO for cheese, dairy products excluding ice cream, ice milk, and frozen yogurt in International Class 29; and

   b. The common law mark MOLITERNO for cheese, dairy products, and related goods and services.

7. Forever Cheese, its respective owners, managers, members, directors, officers, parents, subsidiaries, representatives, agents, successors, and assigns and all who are in active concert or participation therewith are **PERMANENTLY ENJOINED** from any future use of Plaintiff's

        Marks in the United States, on any products, in any advertising, marketing, or promotional materials, internet website, or social media posts.

8.     The Court **DECLINES** to retain jurisdiction over enforcement of the terms of the parties' settlement or this Order.

9.     All remaining claims in the instant action are **DISMISSED WITH PREJUDICE**, with Plaintiff and Forever Cheese each to bear their own fees and costs.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 30, 2023.



ROY B. DALTON JR.
United States District Judge